**DISMISS and Opinion Filed December 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01410-CV

### IN RE KEVIN NEAL GLASPIE, Relator

**Original Proceeding from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-57718-P**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Nowell
Opinion by Justice Myers

Kevin Neal Glaspie has filed an original application for writ of habeas corpus in this Court challenging his confinement for allegedly violating the conditions of his pretrial bond. We do not have jurisdiction to consider an original application for writ of habeas corpus filed in a criminal proceeding. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05; TEX. GOV'T CODE ANN. § 22.221(d); *In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (per curiam); *see also Ortiz v. State*, 299 S.W.3d 930, 932 (Tex. App.—Amarillo 2009, orig. proceeding) (court of appeals does not have original habeas jurisdiction of bail issues).

Accordingly, we dismiss the appeal for want of jurisdiction.

/Lana Myers/
LANA MYERS
JUSTICE

191410F.P05